IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMAN HOEWISCHER,

        Plaintiff,

v.

WOODY'S BAR-B-Q, INC., a Florida for profit corporation,

        Defendant,

_____/

Case No. 3:11-CV-451

## STIPULATION FOR DISMISAL WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby advise the Court that this case has been settled and jointly request that this case be dismissed, with prejudice.

**FOR THE PLAINTIFFS**            **FOR THE DEFENDANT**

**By:** */s/ Philip Michael Cullen, III, Esq.*            GRAY ROBINSON, P.A.

| Thomas B. Bacon, P.A.<br>621 South Federal Highway, Suite Four<br>Fort Lauderdale, Florida 33301<br>ph. (954) 462-0600<br>fax (954) 462-1717<br>cullen@thomasbaconlaw.com | by: */s/William H. Andrews,* Esq.<br>Fl. Bar 145660<br>50 N. Laura St., Ste 1100<br>Jacksonville, Fl. 32202<br>William.Andrews@gray-robinson.com<br>Telephone: 904-598-9929<br>Facsimile: 904-598-9109 |
|---|---|