**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

        Plaintiff,

v.                                                       Case No. 3:11-cv-451-J-34JBT

WOODY'S BAR-B-Q, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**

This matter is before the Court on the Stipulation for Dismissal With Prejudice (Dkt. No. 47; Stipulation) filed on August 23, 2012.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of August, 2012.

*[signature]*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record